JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEFAN WILSON,

    Petitioner,

v.

STEVE LANGFORD, Warden,

    Respondent.

Case No. CV 16-7971 CAS (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

*[signature: Christina A. Snyder]*

DATE: February 6, 2017

HON. CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE